**SIGNED.**

Dated: May 13, 2010

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| QUANG KY and CHRISTINA KY, | ) | No. 4:10-bk-04804-JMM |
| Debtors. | ) | **ORDER** |

The Debtors' motion to convert to Chapter 13 is GRANTED (DN 22).

The Debtors' motion to "reinstate" the stay and vacate the final order granting stay relief is DENIED, as grounds to set aside the order, pursuant to FED. R. CIV. P. 60, have not been shown.

DATED AND SIGNED ABOVE.